IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 04-0889
 ((((((((((((((((

 In Re Calvary Hill Cemetery, A Texas Non-Profit Corporation, And The
 Catholic Diocese Of Dallas

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Writ of Mandamus
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. This case has been ABATED pursuant to Texas Rule of Appellate
Procedure 7.2(b).

 2. This case is removed from the Court's active docket and shall be
treated as closed, subject to reinstatement upon proper motion or further
order of the Court. All motions and other documents pending or filed are
abated subject to being reargued in the event the case is reinstated.

 3. The Court requests that relators notify the Court when the
successor judge has ruled in accordance with Texas Rule of Appellate
Procedure 7.2(b).

 (Justice Hecht not sitting)

 Done at the City of Austin, this 8th day of November, 2004.

 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk